■ In the Matter of GRACE KNIGHT, v. ROBERT E. HERMAN, as State Rent Administrator.— Motion for leave to appeal as a poor person granted insofar as to permit the proceeding to be heard upon the original record, without printing the same, and upon typewritten or mimeographed petitioner's points, upon condition that the petitioner serves one copy of the typewritten or mimeographed petitioner's points upon the Attorney-General of the State of New York and files 6 typewritten or 19 mimeographed copies of petitioner's points, together with the original record, with this court.  Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ HARRY A. ZOUPPAS, Also Known as ELEUTHERIOS A. ZOUPPAS, v. ANNA YANNIKIDOU et al.— Motion for stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before January 9, 1962 with notice of argument for the February 1962 Term of this court, said appeal to be argued or submitted when reached.  Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

■ In the Matter of L. B. B. CONTRACTING CORP. v. JAMES G. YEARWOOD et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 26, 1961 with notice of argument for January 5, 1962, said appeal to be argued or submitted when reached.  Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. MICHAEL KANE. (B) THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH SCAROLA. (C) THE PEOPLE OF THE STATE OF NEW YORK v. GRANVILLE BOODIE.— [In each action] Enlargement of time granted.  Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.

■ (A) MOLLIE FOONT v. PRESBYTERIAN HOSPITAL IN THE CITY OF NEW YORK. (B) B. C. MORTON NEW YORK CITY CORPORATION v. MARVIN WOLFSON.— [In each action] Motion for stay denied.  Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.